ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

U.S. MARSHALS SERVICE
APR 25 '19 4:08PM

FILED 03 MAY '19 10:24 USDC-ORP

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-cr-00156-BR-1 |
| Catalin Bunea, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Catalin Bunea,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Counterfeit Access Device Fraud

Illegal Possession of Device-Making Equipment

Date: 04/24/2019

City and State:    Portland, OR

s/S. Behrends
*Issuing officer's signature*

S. Behrends, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 4/30/2019
ARRESTED BY HSI

Date: _____

U.S. MARSHAL
BY [signature] Jena S.

*Arresting officer's signature*

*Printed name and title*