Lynne B. Morgan, OSB #890994
lbmorgan@att.net
Attorney at Law
6312 SW Capitol Hwy., #443
Portland, Oregon 97204
503-706-7217

Attorney for Defendant Catalin Bunea

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| Plaintiff, | 03:19 CR 00156 (1) (BR) |
| v. | **MOTION FOR ORDER ALLOWING CONTACT VISIT ACCESS FOR PARALEGAL NINA GREENE** |

**CATALIN BUNEA,**

Defendant.

———————————————————

COMES NOW the defendant, Catalin Bunea, by and through counsel, and hereby moves this Court for an order allowing contact visits in the Multnomah County Jail between Mr. Bunea and his paralegal, Nina Greene.  Contact visits are necessary so Mr. Bunea may review the voluminous  government-provided discovery in this case and stay in compliance with this Court's Protective Order regarding the same.

SO MOVED this 5th day of June, 2019.

Lynne B. Morgan, OSB #890994
Attorney for Catalin Bunea