UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-00156-BR |
| v. | ORDER TO UNSEAL SUPERSEDING INDICTMENT |
| CATALIN BUNEA and GEORGE NICOLAE ONICESCU, | |
| Defendants. | |

This matter having come before the Court upon motion of Quinn P. Harrington, Assistant United States Attorney for the District of Oregon, requesting an order to unseal the superseding indictment as to defendants CATALIN BUNEA and GEORGE NICOLAE ONICESCU;

IT IS HEREBY ORDERED, that the superseding indictment in this matter be unsealed and made public as to defendants CATALIN BUNEA and GEORGE NICOLAE ONICESCU. References to the remaining defendants will remain under seal or redacted from materials.

Dated: October 10, 2019

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
QUINN P. HARRINGTON, OSB # 083544
Assistant United States Attorney